### Ex parte RANCE JONES.

No. A-4030.    Opinion Filed Dec. 26, 1922.
(211 Pac. 1119.)

In the matter of the application of Rance Jones for a writ of habeas corpus. Dismissed on motion of petitioner. See, also, 20 Okla. Cr. 430, 203 Pac. 480.

R. C. Roland, for plaintiff.

The Attorney General, for respondent.

PER CURIAM. This is an original application on the part of the petitioner, Rance Jones, for writ of habeas corpus. Since the filing of the petition, petitioner by his counsel has moved the court to dismiss the petition. In conformity with said motion, the petition and cause is hereby dismissed.